# United States Bankruptcy Court
# Central District of California

In re:
Jon Wells

CHAPTER NO.: 7

CASE NO.: 9:17–bk–12341–PC

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

☐ Other *(Specify):*

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

　　　　　Chapter 7　　Original only

**Please return the original or copy of this form with all required items to the following location:**

　　　1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: December 31, 2017

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 12/2015)

**4 – 1 / BHG**