United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-12341-PC
Jon Wells                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9         User: bhandyC          Page 1 of 2         Date Rcvd: Jan 02, 2018
                             Form ID: 309A          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
```
db           +Jon Wells,    855 Venice Road,    Templeton, CA 93465-8557
smg          +County Assessor,    County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
38258447      A.R.M. Solutions,    PO Box 3666,    Camarillo, CA 93011-3666
38258448     +Alpha Fire Sprinkler Corporation,    650 Sweeney Lane,    San Luis Obispo, CA 93401-6720
38258450     +American Express,    555 St. Charles Dr. #204,    Thousand Oaks, CA 91360-3992
38258451      Associated Hand Surgeons,    PO Box 14099,    Horsham, PA 19044
38258452      Bioventus LLC,    PO Box 732823,    Dallas, TX 75373-2823
38258455     +CMRE Financial Services,    3075 E. Imperial Hwy Suite 200,    Brea, CA 92821-6753
38258454      ClearGage,    7028 W. Waters Ave. Suite 399,    Tampa, FL 33634-2292
38258456      Coastal Recovery Solutions,    PO Box 480,    Grover Beach, CA 93483-0480
38258457     +Culligan Water,    700 West Cook Street,    Santa Maria, CA 93458-5597
38258458     +David Singer Enterprises,    300 S. Duncan Ave,    Clearwater, FL 33755-6493
38258459     +Divine Plant Design, Inc.,    1039 Par Avenue,    Paso Robles, CA 93446-3431
38258462      GC Services,    PO Box 3044,    Livonia, MI 48151-3044
38258463     +Idler's Home,    2361 Theatre Drive,    Paso Robles, CA 93446-9604
38258466     +Jubilant HollisterStier LLC,    PO Box 3145,    Spokane, WA 99220-3145
38258467      Kemper Special,    PO Box 660420,    Dallas, TX 75266-0420
38258469     +McKesson,    9954 Mayland Drive,    Suite 4000,    Henrico, VA 23233-1484
38258470     +Message on Hold,    315 Arbor Ridge Lane,    Conroe, TX 77384-3724
38258471      Meyer PT,    PO Box 638256,    Cincinnati, OH 45263-8256
38258472     +Michael's Window Cleaning,    PO Box 652,    Atascadero, CA 93423-0652
38258473     +Mission Linen Supply,    602 South Western Avenue,    Santa Maria, CA 93458-5496
38258474     +Moshpit Digital Inc.,    662 Upham Street, Suite A,    San Luis Obispo, CA 93401-4391
38258476     +NCMIC Financial Corporation,    PO Box 4866,    Des Moines, IA 50305-4866
38258475     +Nancy Pawlik, MD,    437 Marsh Street,    San Luis Obispo, CA 93401-3822
38258477     +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
38258478      Ocwen Loan Servicing,    PO Box 24738,    West Palm Beach, FL 33416-4738
38258480     +OptumInsight,    11000 Optum Circle,    Eden Prairie, MN 55344-2503
38258481      Pain Management Specialists,    PO Box 4659,    San Luis Obispo, CA 93403-4659
38258482      Quill,    PO Box 37600,    Philadelphia, PA 19101-0600
38258484     +RMS,    PO Box 361625,    Columbus, OH 43236-1625
38258485     +Rock Harbor Marketing,    245 Bali Street,    Morro Bay, CA 93442-3110
38258486     +San Luis Ambulance,    3546 South Higuera Street,    San Luis Obispo, CA 93401-7352
38258487      Santa Barbara Orthopedic Institute,    2324 Bath Street,    Santa Barbara, CA 93105-4330
38258488     +Sierra Vista Regional Medical Ctr.,    PO Box 830913,    Birmingham, AL 35283-0913
38258489     +Spectrum Business,    PO Box 60229,    Los Angeles, CA 90060-0229
38258490     +Spectrum Medical Inc.,    132 Philadelphia Lane,    Jasper, GA 30143-7720
38258491     +Star Cleaning Services,    PO Box 4807,    San Luis Obispo, CA 93403-4807
38258492     +Stericycle,    28161 N. Keith Drive,    Lake Forest, IL 60045-4528
38258494      Union Bank,    PO Box 30115,    Los Angeles, CA 90030-0115
38258495     +Wetsch Abbott Osborn Van Vliet PLC,    974-73rd Street, Suite 20,
               Windsor Heights, IA 50324-1071
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: tauslawyer@gmail.com Jan 03 2018 01:19:39      Vaughn C Taus,
               1042 Pacific St Ste D,    San Luis Obispo, CA  93401
tr           +E-mail/Text: jnamba@iq7technology.com Jan 03 2018 01:20:27      Jerry Namba (TR),
               504 East Chapel Street,    Santa Maria, CA 93454-4520
smg          +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jan 03 2018 01:19:59      County Tax Collector,
               P.O. Box 357,    Santa Barbara, CA 93102-0357
smg           EDI: EDD.COM Jan 03 2018 01:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jan 03 2018 01:23:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
38258449      EDI: AMEREXPR.COM Jan 03 2018 01:23:00      American Express,    PO Box 0001,
               Los Angeles, CA 90096-8000
38258453      E-mail/Text: dl-csgbankruptcy@charter.com Jan 03 2018 01:20:29      Charter Communications,
               PO Box 60229,    Los Angeles, CA 90060-0229
38258461      EDI: FORD.COM Jan 03 2018 01:23:00      Ford,    PO Box 62180,    Colorado Springs, CO 80962
38258460      EDI: FSAE.COM Jan 03 2018 01:23:00      Firstsource Advantage, LLC,    PO Box 628,
               Buffalo, NY 14240-0628
38258464      EDI: IRS.COM Jan 03 2018 01:23:00      Internal Revenue Service,    PO Box 145595, STOP 8420G,
               Cincinnati, OH 45250-5585
38258479     +E-mail/Text: bankruptcy@ondeck.com Jan 03 2018 01:20:24      On Deck,
               901 North Stuart Street, Suite 700,    Arlington, VA 22203-4129
38258483     +EDI: RESURGENT.COM Jan 03 2018 01:23:00      Resurgent Capital Services LP,    PO Box 10497,
               Greenville, SC 29603-0497
38258493     +E-mail/Text: bankruptcydepartment@tsico.com Jan 03 2018 01:20:23      Transworld Systems Inc.,
               507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 13
```

```
District/off: 0973-9          User: bhandyC              Page 2 of 2            Date Rcvd: Jan 02, 2018
                              Form ID: 309A              Total Noticed: 54
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
38258465*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   PO Box 7704,   San Francisco, CA 94120)
38258468      ##+Kirk Consulting,   8830 Morro Road,   Atascadero, CA 93422-3953
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2017 at the address(es) listed below:
```
              Jerry  Namba (TR)    jnambaepiq@earthlink.net,  jnamba@ecf.epiqsystems.com;jnamba@iq7technology.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
              Vaughn C Taus    on behalf of Debtor Jon  Wells tauslawyer@gmail.com
                                                                                          TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jon Wells** | Social Security number or ITIN  **xxx–xx–7970** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter  **7**   **12/31/17** |
| Case number: | **9:17–bk–12341–PC** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jon Wells | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 855 Venice Road<br>Templeton, CA 93465 | |
| 4. | **Debtor's attorney**<br>Name and address | Vaughn C Taus<br>1042 Pacific St Ste D<br>San Luis Obispo, CA 93401 | Contact phone 805–542–0155<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Jerry Namba (TR)<br>504 East Chapel Street<br>Santa Maria, CA 93454 | Contact phone (805) 922–2575<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Jon Wells**                                                                                                          Case number **9:17−bk−12341−PC**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1415 State Street,<br>Santa Barbara, CA 93101−2511 | Hours Open:  9:00 AM – 4:00 PM<br><br>Contact phone 855−460−9641<br><br>Dated: 1/2/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 5, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**1415 State Street, Room 148, Santa Barbara, CA 93101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/6/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                     page **2**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see pages 1 and 2 >