| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vaughn C. Taus 120436**<br>**1042 Pacific Street**<br>**Suite D**<br>**San Luis Obispo, CA 93401**<br><br>California State Bar Number: **120436** | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Jon Wells**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  11  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **January 15, 2018** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **January 15, 2018** _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                          F 1007-1.MAILING.LIST.VERIFICATION

Jon Wells
855 Venice Road
Templeton, CA 93465


Vaughn C. Taus
The Law Office of Vaughn C. Taus
1042 Pacific Street
Suite D
San Luis Obispo, CA 93401


A.R.M. Solutions
PO Box 3666
Camarillo, CA 93011-3666


Action Professionals Incorporated
591 12th St
Paso Robles, CA 93446


Alpha Fire Sprinkler Corporation
650 Sweeney Lane
San Luis Obispo, CA 93401


American Express
PO Box 0001
Los Angeles, CA 90096-8000


American Express
555 St. Charles Dr. #204
Thousand Oaks, CA 91360


Anthem Blue Cross
PO Box 964
Woodland Hills, CA 91365

Associated Hand Surgeons
PO Box 14099
Horsham, PA 19044


Bioventus LLC
PO Box 732823
Dallas, TX 75373-2823


Charter Communications
PO Box 60229
Los Angeles, CA 90060-0229


ClearGage
7028 W. Waters Ave. Suite 399
Tampa, FL 33634-2292


CMRE Financial Services
3075 E. Imperial Hwy Suite 200
Brea, CA 92821


Coastal Recovery Solutions
PO Box 480
Grover Beach, CA 93483-0480


Coastal Recovery Solutions
1666 Ramona Ave
Grover Beach, CA 93483-0480


Commercial Collection Service, Inc.
 2250 King Ct #50
San Luis Obispo, CA 93401-3291

Credit Management, L.P.
4200 International Parkway
Carrollton, TX 75007-1912


Culligan Water
700 West Cook Street
Santa Maria, CA 93458


David Singer Enterprises
300 S. Duncan Ave
Clearwater, FL 33755


Divine Plant Design, Inc.
1039 Par Avenue
Paso Robles, CA 93446


Filipponi and Thompson Pump Co
3250 East Camino Real
Atascadero, CA 93422


Firstsource Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628


Ford
PO Box 62180
Colorado Springs, CO 80962


Gannage Technology Services
1270 Poplar St. Apt A
Arroyo Grande, CA 93420

```
GC Services
PO Box 3044
Livonia, MI 48151-3044


Idler's Home
2361 Theatre Drive
Paso Robles, CA 93446


Internal Revenue Service
PO Box 7704
San Francisco, CA 94120


Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110


Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0110


Jubilant HollisterStier LLC
PO Box 3145
Spokane, WA 99220


Kemper Special
PO Box 660420
Dallas, TX 75266-0420


Kirk Consulting
8830 Morro Road
Atascadero, CA 93422
```

Leopold and Murphy, DDS, Inc.
878 Walnut Street
San Luis Obispo, CA 93401-2725


McKesson
9954 Mayland Drive
Suite 4000
Henrico, VA 23233


Message on Hold
315 Arbor Ridge Lane
Conroe, TX 77384


Message on Hold
 Arbor Ridge Lane
Conroe, TX 77384


Meyer PT
PO Box 638256
Cincinnati, OH 45263-8256


Michael's Window Cleaning
PO Box 652
Atascadero, CA 93423


Mission Linen Supply
602 South Western Avenue
Santa Maria, CA 93458-5446


Moshpit Digital Inc.
662 Upham Street, Suite A
San Luis Obispo, CA 93401

Nancy Pawlik, MD
437 Marsh Street
San Luis Obispo, CA 93401


NCMIC Financial Corporation
PO Box 4866
Des Moines, IA 50305


NCMIC Financial Corporation
PO Box 4866
Des Moines, IA 50305


Northland Group
PO Box 390846
Minneapolis, MN 55439


Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL 33416-4738


On Deck
901 North Stuart Street, Suite 700
Arlington, VA 22203


OptumInsight
11000 Optum Circle
Eden Prairie, MN 55344


Pain Management Specialists
PO Box 4659
San Luis Obispo, CA 93403-4659

Patenaude & Felix, A.P.C.
4545 Murphy Canyon Road, 3rd Floor
San Diego, CA 92123


Quill
PO Box 37600
Philadelphia, PA 19101-0600


Resurgent Capital Services LP
PO Box 10497
Greenville, SC 29603


RMS
PO Box 361625
Columbus, OH 43236


Rock Harbor Marketing
245 Bali Street
Morro Bay, CA 93442


San Luis Ambulence
3546 South Higuera Street
San Luis Obispo, CA 93401


Santa Barbara Orthopedic Institute
2324 Bath Street
Santa Barbara, CA 93105-4330


Seve Peaks Medical Group
3889 Long Street, Suite 201
San Luis Obispo, CA 93401

Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long street, Suite 201
San Luis Obispo, CA 93401

Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401

Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Seven Peaks Medical Group, Inc.
3889 Long Street, Suite 201
San Luis Obispo, CA 93401


Sierra Vista Regional Medical Ctr.
PO Box 830913
Birmingham, AL 35283


Spectrum Business
PO Box 60229
Los Angeles, CA 90060


Spectrum Medical Inc.
132 Philadelphia Lane
Jasper, GA 30143


Star Cleaning Services
PO Box 4807
San Luis Obispo, CA 93403


Stericycle
28161 N. Keith Drive
Lake Forest, IL 60045


Thompson Coe
700 N. Pearl Street, Twenty-Fifth F
Dallas, TX 75201-2832

Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202


Union Bank
PO Box 30115
Los Angeles, CA 90030-0115


Wetsch Abbott Osborn Van Vliet PLC
974-73rd Street, Suite 20
Windsor Heights, IA 50324