Certificate Number: 15317-CAC-DE-030582978

Bankruptcy Case Number: 17-12341



15317-CAC-DE-030582978

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2018, at 8:24 o'clock AM PST, Jon P Wells completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   February 17, 2018         By:    /s/Jonald Gutierrez

                                 Name:  Jonald Gutierrez

                                 Title: Counselor