Jerry Namba, Chapter 7 Trustee
504 E. Chapel St.
Santa Maria, CA 93454
jnambaepiq@earthlink.net
Telephone: (805) 922-2575
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA BARBARA DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 9:17-bk-12341-PC |
| ) | |
| Wells, Jon ) | Chapter: 7 |
| ) | |
| ) | NOTICE OF CONTINUED MEETING OF |
| ) | CREDITORS AND APPEARANCE OF |
| ) | DEBTOR [11 USC 341(a)] |
| Debtors(s) ) | |

TO THE ABOVE NAMED DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to March 19, 2018 at 11:00 AM at Location: 1415 State Street, Santa Barbara, CA 93101, for the reason set forth below:

Document Request

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED MEETING.

/s/ Jerry Namba
/s/ Jerry Namba, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on February 28, 2018

/s/ Cesar Namba
Cesar Namba