United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 17-12341-DS
Jon Wells                                                                       Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: admin          Page 1 of 2          Date Rcvd: Apr 16, 2018
                             Form ID: 318a         Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
```
db         +Jon Wells,    855 Venice Road,    Templeton, CA 93465-8557
smg        +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
38258447    A.R.M. Solutions,    PO Box 3666,   Camarillo, CA 93011-3666
38276477   +Action Professionals,    591 12th St,   Paso Robles, CA 93446-2202
38258448   +Alpha Fire Sprinkler Corporation,    650 Sweeney Lane,   San Luis Obispo, CA 93401-6720
38258450   +American Express,    555 St. Charles Dr. #204,   Thousand Oaks, CA 91360-3992
38276478   +Anthem Blue Crosss,   POB 964,    Woodland Hills, CA 91365-0964
38258451    Associated Hand Surgeons,    PO Box 14099,   Horsham, PA 19044
38258452    Bioventus LLC,    PO Box 732823,   Dallas, TX 75373-2823
38258455   +CMRE Financial Services,    3075 E. Imperial Hwy Suite 200,   Brea, CA 92821-6753
38258454    ClearGage,    7028 W. Waters Ave. Suite 399,   Tampa, FL 33634-2292
38258456    Coastal Recovery Solutions,    PO Box 480,   Grover Beach, CA 93483-0480
38276480   +Commercial Collection Service,    2250 King Ct #50,   San Luis Obispo,   CA 93401-5543
38258457   +Culligan Water,    700 West Cook Street,   Santa Maria, CA 93458-5597
38258458   +David Singer Enterprises,    300 S. Duncan Ave,   Clearwater, FL 33755-6493
38258459   +Divine Plant Design, Inc.,    1039 Par Avenue,   Paso Robles, CA 93446-3431
38276482   +Filipponi and Thompson Pump Co,    3250 East Camino Real,   Atascadero, CA 93422-2501
38258462    GC Services,    PO Box 3044,    Livonia, MI 48151-3044
38276483   +Gannage Technology Services,    1270 Poplar St Apt A,   Arroyo Grande, CA 93420-3084
38258463   +Idler's Home,    2361 Theatre Drive,   Paso Robles, CA 93446-9604
38258466   +Jubilant HollisterStier LLC,    PO Box 3145,   Spokane, WA 99220-3145
38258467    Kemper Special,    PO Box 660420,   Dallas, TX 75266-0420
38276487    Leopold and Murphy DDS,    878 Walnut St,   San Luis Obispo, CA  93401-2725
38258469   +McKesson,    9954 Mayland Drive,   Suite 4000,   Henrico, VA 23233-1484
38258470   +Message on Hold,    315 Arbor Ridge Lane,   Conroe, TX 77384-3724
38258471    Meyer PT,    PO Box 638256,   Cincinnati, OH 45263-8256
38258472   +Michael's Window Cleaning,    PO Box 652,   Atascadero, CA 93423-0652
38258473   +Mission Linen Supply,    602 South Western Avenue,   Santa Maria, CA 93458-5496
38258474   +Moshpit Digital Inc.,    662 Upham Street, Suite A,   San Luis Obispo, CA 93401-4391
38258476   +NCMIC Financial Corporation,    PO Box 4866,   Des Moines, IA 50305-4866
38258475   +Nancy Pawlik, MD,    437 Marsh Street,   San Luis Obispo, CA 93401-3822
38258477   +Northland Group,    PO Box 390846,   Minneapolis, MN 55439-0846
38258478    Ocwen Loan Servicing,    PO Box 24738,   West Palm Beach, FL 33416-4738
38258480   +OptumInsight,    11000 Optum Circle,   Eden Prairie, MN 55344-2503
38258481    Pain Management Specialists,    PO Box 4659,   San Luis Obispo, CA 93403-4659
38276488   +Patenaude and Felix APC,    4545 Murphy Canyon Rd 3rd Floor,   San Diego, CA 92123-4363
38258482    Quill,    PO Box 37600,   Philadelphia, PA 19101-0600
38258484   +RMS,    PO Box 361625,   Columbus, OH 43236-1625
38258485   +Rock Harbor Marketing,    245 Bali Street,   Morro Bay, CA 93442-3110
38258486   +San Luis Ambulance,    3546 South Higuera Street,   San Luis Obispo, CA 93401-7352
38258487    Santa Barbara Orthopedic Institute,    2324 Bath Street,   Santa Barbara, CA 93105-4330
38276489   +Seven Peaks Medical Group,    3889 Long Street Suite 201,   San Luis Obispo, CA 93401-7581
38258488   +Sierra Vista Regional Medical Ctr.,    PO Box 830913,   Birmingham, AL 35283-0913
38258489   +Spectrum Business,    PO Box 60229,   Los Angeles, CA 90060-0229
38258490   +Spectrum Medical Inc.,    132 Philadelphia Lane,   Jasper, GA 30143-7720
38258491   +Star Cleaning Services,    PO Box 4807,   San Luis Obispo, CA 93403-4807
38258492   +Stericycle,    28161 N. Keith Drive,   Lake Forest, IL 60045-4528
38276515    Thompson Coe,    700 N Pearl Street, Twenty-Fifth F,   Dallas, TX  75201-2832
38258494    Union Bank,    PO Box 30115,   Los Angeles, CA 90030-0115
38258495   +Wetsch Abbott Osborn Van Vliet PLC,    974-73rd Street, Suite 20,
             Windsor Heights, IA 50324-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: jnamba@iq7technology.com Apr 17 2018 02:29:24     Jerry Namba (TR),
             504 East Chapel Street,   Santa Maria, CA 93454-4520
smg        +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Apr 17 2018 02:27:59     County Tax Collector,
             P.O. Box 357,   Santa Barbara, CA 93102-0357
smg         EDI: EDD.COM Apr 17 2018 06:23:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Apr 17 2018 06:23:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
38258449    EDI: AMEREXPR.COM Apr 17 2018 06:23:00     American Express,    PO Box 0001,
             Los Angeles, CA 90096-8000
38258453    E-mail/Text: dl-csgbankruptcy@charter.com Apr 17 2018 02:29:37     Charter Communications,
             PO Box 60229,   Los Angeles, CA 90060-0229
38276481    EDI: CMIGROUP.COM Apr 17 2018 06:23:00     Credit Management LP,    4200 International Parkway,
             Carrollton, TX  75007-1912
38258461    EDI: FORD.COM Apr 17 2018 06:23:00     Ford,    PO Box 62180,   Colorado Springs, CO 80962
38258460    EDI: FSAE.COM Apr 17 2018 06:24:00     Firstsource Advantage, LLC,    PO Box 628,
             Buffalo, NY 14240-0628
38258464    EDI: IRS.COM Apr 17 2018 06:23:00     Internal Revenue Service,    PO Box 145595, STOP 8420G,
             Cincinnati, OH 45250-5585
38258479   +E-mail/Text: bankruptcy@ondeck.com Apr 17 2018 02:29:11     On Deck,
             901 North Stuart Street, Suite 700,   Arlington, VA 22203-4129
```

```
District/off: 0973-9          User: admin              Page 2 of 2            Date Rcvd: Apr 16, 2018
                              Form ID: 318a             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
38258483      +EDI: RESURGENT.COM Apr 17 2018 06:23:00      Resurgent Capital Services LP,    PO Box 10497,
                Greenville, SC 29603-0497
38258493      +E-mail/Text: bankruptcydepartment@tsico.com Apr 17 2018 02:29:02        Transworld Systems Inc.,
                507 Prudential Road,    Horsham, PA 19044-2308
                                                                                 TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ford Motor Credit Company LLC
cr*           +Seven Peaks Medical Group,     3889 Long Street Ste 201,    San Luis Obispo, CA 93401-7581
cr*            Thompson Coe,   700 N Pearl Street, Twenty-Fifth F,    Dallas, TX 75201-2832
38276479*      Bioventus LLC,   POB 732823,   Dallas, TX  75373-2823
38258465*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     PO Box 7704,    San Francisco, CA 94120)
38276486*      Internal Revenue Service,   POB 80110,    Cincinnati, OH  45280-0110
38258468     ##+Kirk Consulting,   8830 Morro Road,    Atascadero, CA 93422-3953
                                                                        TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
```
         Jennifer H Wang    on behalf of Creditor    Ford Motor Credit Company LLC jwang@cookseylaw.com,
           jwang@ecf.courtdrive.com
         Jerry  Namba (TR)    jnambaepiq@earthlink.net,    jnamba@ecf.epiqsystems.com;jnamba@iq7technology.com
         United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
         Vaughn C Taus    on behalf of Debtor Jon  Wells tauslawyer@gmail.com
                                                                        TOTAL: 4
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jon Wells** | Social Security number or ITIN | **xxx–xx–7970** |
| | First Name    Middle Name    Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **9:17−bk−12341−DS**

## Order of Discharge – Chapter 7                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jon Wells

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/16/18

**Dated:** <u>4/16/18</u>

**By the court:** <u>Deborah J. Saltzman</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**21/AUT**

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---